UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Elaine L. Chao, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

Johnson Motor Company, Inc.,
Richard D. Johnson, Robert L.
Johnson and The Johnson Motor
Company, Inc. Profit Sharing Plan,

Defendants.

File No. 01-CV-514 JRT/FLN

**~~PROPOSED~~ ORDER**

---

The above-captioned matter came before the undersigned upon the Defendants' motion to extend time to respond to the complaint. The Court, having considered Defendants' motion and affidavit and having determined that the motion is not opposed by Plaintiff, based on all of the files, records, and proceedings herein, has concluded that Defendants' motion should be granted.

Accordingly, IT IS HEREBY:

**ORDERED** that the time within which Defendants Johnson Motor Company, Inc., Richard D. Johnson, Robert L. Johnson and The Johnson Motor Company, Inc. Profit Sharing Plan may move, answer or otherwise respond to the Complaint in this action shall be extended to and including August 20, 2001.

Dated: July 17, 2001

Chief United States Magistrate Judge

::ODMA\PCDOCS\LIB1\683784\1

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500